# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>        Plaintiff,<br><br>        v.<br><br>VREZH KUTNERIAN, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00304-DAD-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 6) |

      Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants shall file a responsive pleading on or before May 6, 2019.

IT IS SO ORDERED.

Dated: __**March 28, 2019**__                               _____
                                                            UNITED STATES MAGISTRATE JUDGE

1