# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>       Plaintiff,<br><br>    v.<br><br>VREZH KUTNERIAN, et al.,<br><br>       Defendants. | Case No.  1:19-cv-00304-DAD-SAB<br><br>ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 11) |

On March 6, 2019, the Court set an initial scheduling conference to take place on May 17, 2019.  (ECF No. 3.)  On May 8, 2019, a stipulation was filed requesting the Court to continue the scheduling conference due to promising and ongoing settlement negotiations.  (ECF No. 11.)

Accordingly, IT IS HEREBY ORDERED that:

1.  The initial scheduling conference set for May 17, 2019 is CONTINUED to **June 12, 2019, at 9:00 a.m.** in Courtroom 9; and

2.  On or before June 7, 2019, the parties shall file a joint scheduling report that complies with the procedures described in the Court's prior order (ECF No. 3).

IT IS SO ORDERED.

Dated:  __**May 8, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE