# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>      Plaintiff,<br><br>v.<br><br>VREZH KUTNERIAN, et al.,<br><br>      Defendants. | Case No. 1:19-cv-00304-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 13)<br><br>DEADLINE: JULY 31, 2019 |

On June 5, 2019, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before July 31, 2019.

IT IS SO ORDERED.

Dated: **June 6, 2019**

                                                     UNITED STATES MAGISTRATE JUDGE